IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| MICHAEL GRIFFITH and ANNIKA GRIFFITH, | ) |
| Plaintiffs, | ) |
| v. | ) |
| DOLLAR TREE, INC., | ) CASE NO. 3:25-CV-691 |
| Defendant. | ) |

**NOTICE OF REMOVAL**

Defendant Dollar Tree Stores, Inc.[1] ("Defendant"), by and through their counsel, hereby notices the removal of this action pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 to the United States District Court for the Western District of North Carolina, and as grounds therefore state:

**I.  Timeliness of Removal**

1. On or about August 5, 2025, Plaintiffs Michael Griffith and Annika Griffith ("Plaintiffs") filed a civil action against Defendants in the General Court of Justice, Superior Court Division, for Gaston County, North Carolina, designated as File No. 25CVS3530. Copies of the Summons and Complaint are attached as **Exhibit A**, as required under 28 U.S.C. § 1446(a). No other process, pleadings, or orders have been served upon or received by Defendant in this action to date.

2. Thereafter, Defendant was served with a copy of the Summons and Complaint on or about August 11, 2025. *See* **Exhibit B**.

3. Defendant is timely filing this Notice of Removal within 30 days of service of process, as required by 28 U.S.C. § 1446(b).

---

[1] Defendant is erroneously named as Dollar Tree, Inc. in the Complaint.

## II. Venue

4. The General Court of Justice, Superior Court Division for Gaston County, North Carolina, is located within the Charlotte Division of the United States District Court for the Western District of North Carolina. Therefore, venue is proper in this Court because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

## III. Basis for Removal: Diversity Jurisdiction

5. This action is properly removable under 28 U.S.C. § 1441(b), because the United States District Court has jurisdiction over the matter pursuant to 28 U.S.C. § 1332(a), which provides, "[t]he district courts shall have original jurisdiction of all civil actions where the matter is controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between…citizens of different States…."

### A. Diversity of Citizenship

6. Plaintiffs' Complaint states that Plaintiffs are citizens and residents of Gastonia, North Carolina. (*See* **Exhibit A**, Compl.,¶¶ 1-2.)

7. A corporation is a citizen of the states in which it has been incorporated and in which it has its principal place of business. *Cent. W. Va. Energy Co., v. Mt. State Carbon, LLC*, 636 F. 3d 101, 102 (4th Cir. 2011). Dollar Tree Stores, Inc. is a Virginia corporation with a principal place of business located at 500 Volvo Parkway, Chesapeake, Virginia, 23320. (Compl. ¶ 3).

8. Complete diversity of citizenship exists, and this case is therefore removable under 28 U.S.C. § 1441(b).

### B. The Amount in Controversy Exceeds $75,000

9. Further, the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. In their Complaint, Plaintiffs seek to recover compensatory damages in an amount in excess of $25,000, punitive damages, and costs of this action. (Compl. ¶ 41).

10. After filing the Complaint, Plaintiffs made a settlement demand in the amount of $300,000.00 "based on the Causes of Action and Damages set forth in the Complaint." (*See* **Exhibit C**, Plaintiffs' Settlement Demand). It is well-settled that the court may consider plaintiffs' settlement demand as evidence of the amount in controversy. *See Matthews v. Guest Servs., Inc.*, No. 2:25-CV-2-D, 2025 WL 2157608, at *7 (E.D.N.C. July 29, 2025)("the court may consider plaintiffs' settlement demand in determining whether plaintiffs' damages satisfy section 1332(a)'s amount-in-controversy requirement."); *Am-Rail Constr., Inc. v. A&K R.R. Materials, Inc.*, No. 1:16cv520, 2017 U.S. Dist. LEXIS 12706, at *7-8 (M.D.N.C. Jan. 31, 2017)(same); *Burnette v. Red Roof Inns, Inc.*, No. 1:19-cv-320-MOC-WCM, 2020 U.S. Dist. LEXIS 23283, at *6-8 (W.D.N.C. Feb. 11, 2020) (same) *Green v. Caterpillar Inc.*, No. 2:14-CV-26, 2014 WL 4798705, at *3 (W.D.N.C. Sept. 26, 2014). Accordingly, the amount in controversy is clearly in excess of $75,000.

11. Thus, this Court has jurisdiction over the matter pursuant to 28 U.S.C. § 1332 because complete diversity exists between Plaintiffs and Defendant and the amount in controversy exceeds $75,000, exclusive of interests and costs.

### IV. Conclusion

12. In accordance with 28 U.S.C. § 1446, copies of this Notice of Removal will be promptly served upon Plaintiffs and filed with the Clerk of Superior Court for Gaston County, North Carolina. Pursuant to 28 U.S.C. § 1446(d), Defendant is concurrently submitting a Notice

of Filing of Notice of Removal for filing with the Clerk of Court for the General Court of Justice, Superior Court Division, Gaston County, North Carolina. (*See* **Exhibit D**.)

13. By removing this matter, Defendant does not waive or intend to waive any defense, including, but not limited to, insufficiency of process and insufficiency of service of process.

WHEREFORE, Defendant removes this case and respectfully requests that this Court take jurisdiction of this action and issue all necessary orders and process to remove it from the General Court of Justice, Superior Court Division for Gaston County, North Carolina, to the United States District Court for the Western District of North Carolina.

Dated this the 10th day of September, 2025.

> */s/Michael D. Ray*
> N.C. Bar No. 52947
> Carl M. Short III
> N.C. Bar No. 46396
> *Attorneys for Defendant*
> OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
> 201 South College Street, Suite 2300
> Charlotte, North Carolina 28244
> Telephone: 704.342.2588
> Facsimile: 704.342.4379
> E-mail: michael.ray@ogletree.com

## CERTIFICATE OF SERVICE

I, Michael D. Ray, hereby certify that on this day, I electronically filed the foregoing **NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system. I also certify that I have served a copy of the same via United States Mail properly addressed and with the correct amount of postage affixed thereon, to:

Michael Griffith and Annika Griffith
421 Willow Street
Gastonia, NC 28054

*Pro Se Plaintiffs*

Dated this the 10th day of September, 2025.

*/s/Michael D. Ray*
N.C. Bar No. 52947
*Attorney for Defendant*
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
201 South College Street, Suite 2300
Charlotte, North Carolina 28244
Telephone: 704.342.2588
Facsimile: 704.342.4379
E-mail: michael.ray@ogletree.com