IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| MICHAEL GRIFFITH and ANNIKA GRIFFITH, <br><br> Plaintiffs, <br><br> v. <br><br> DOLLAR TREE, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) CASE NO. 3:25-CV-691 ) ) ) ) ) ) |

**EXHIBIT A**

**TO**

**NOTICE OF REMOVAL**

(Summons and Complaint – 8-5-2025)

| STATE OF NORTH CAROLINA | File No. 25CVS3530 |
|---|---|
| Gaston County | In The General Court Of Justice<br>☐ District ☒ Superior Court Division |

| Name Of Plaintiff<br>Michael Griffith and Annika Griffith | |
|---|---|
| Address<br>421 Willow St | **CIVIL SUMMONS**<br>☐ ALIAS AND PLURIES SUMMONS (ASSESS FEE) |
| City, State, Zip<br>Gastonia, NC 28054 | |
| **VERSUS** | G.S. 1A-1, Rules 3 and 4 |
| Name Of Defendant(s)<br>Dollar Tree Inc. | Date Original Summons Issued<br>08/05/2025 |
| | Date(s) Subsequent Summons(es) Issued |

**To Each Of The Defendant(s) Named Below:**

| Name And Address Of Defendant 1<br>Dollar Tree Inc.<br>500 Volvo Parkway<br>Chesapeake, VA 23320 | Name And Address Of Defendant 2 |
|---|---|

⚠️ **IMPORTANT!** You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!

**¡IMPORTANTE!** ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles!
Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and
2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff)<br>421 Willow St<br>Gastonia, NC 28054 | Date Issued<br>8-5-25 | Time<br>2:03 ☐ AM ☒ PM |
|---|---|---|
| | Signature | |
| | ☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | |

| ☐ **ENDORSEMENT (ASSESS FEE)**<br>This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | Date Of Endorsement | Time ☐ AM ☐ PM |
|---|---|---|
| | Signature | |
| | ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | |

**NOTE TO PARTIES:** Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.

(Over)

AOC-CV-100, Rev. 12/23
© 2023 Administrative Office of the Courts

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|
|  |  |  |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

| Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with) |
|---|
|  |

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 1. ☐ Other: _(type or print name)_ | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|
|  |  |  |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

| Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with) |
|---|
|  |

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 2. ☐ Other: _(type or print name)_ | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid $ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Sheriff (type or print) |
| Date Of Return | County Of Sheriff |

AOC-CV-100, Side Two, Rev. 12/23
© 2023 Administrative Office of the Courts

STATE OF NORTH CAROLINA
IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
COUNTY OF GASTON

FILED
2025 AUG -5 P 2: 02
GASTON CO., C.S.C.

MICHAEL GRIFFITH and ANNIKA GRIFFITH,
Plaintiffs,
v.
DOLLAR TREE, INC.,
Defendant.

# COMPLAINT

NOW COME Plaintiffs, Michael Griffith and Annika Griffith, proceeding pro se, and for their Complaint against Defendant Dollar Tree Inc., respectfully allege and show the Court the following:

## I. PARTIES

1. Plaintiff Michael Griffith is a resident at 421 Willow St, Gastonia, NC 28054.
2. Plaintiff Annika Griffith is a resident at 421 Willow St, Gastonia, NC 28054.
3. Defendant Dollar Tree, Inc. is a corporation headquartered at 500 Volvo Parkway, Chesapeake, VA 23320, and operates a retail store located at 2406 S York Rd, Gastonia, NC 28052 where the incident took place.

## II. JURISDICTION AND VENUE

4. This Court has jurisdiction over the subject matter and the parties pursuant to the North Carolina General Statutes.
5. Venue is proper in Gaston County because the events giving rise to this Complaint occurred within this jurisdiction.

## III. FACTS

6. On July 10, 2025, around 1:00 PM, Plaintiff Michael Griffith entered the Dollar Tree store located at 2406 S York Rd, Gastonia, to purchase a few food items for his dogs.
7. Plaintiff Annika Griffith remained outside in the car with their daughter.
8. As Plaintiff Michael Griffith entered the store, he was told by the cashier that he must leave his bag upfront. Plaintiff Michael Griffith said he shops here all the time and has never had to leave his bag at the front. There was no sign of this alleged policy inside or outside the store.

9. The cashier said if he doesn't leave the bag he will have to leave or she will call the police. At this point Plaintiff Michael Griffith began to record on his mobile phone. The Store Manager was present at this time.
10. Plaintiff Michael Griffith asked if he leaves his bag, will they be liable for his belongings. The cashier said no because it will be right in front of the register.
11. The Store Manager said she will put in writing that she will be liable for Plaintiff Michael Griffith's belongings and said that he can put it inside a room. Whilst Michael Griffith was walking over with the Store Manager and waiting to see if she will write it down, the cashier made a remark out loud while customers were waiting in line that he was being "ridiculous".
12. Plaintiff Michael Griffith walked over to the cashier so that she can repeat it on camera and Plaintiff Michael Griffith reiterated that he is concerned about his belongings. The Store Manager then pulled Plaintiff Michael Griffith's arm and Plaintiff Michael Griffith told her not to touch him.
13. Plaintiff Michael Griffith asked for the cashier's name and if she could write down the policy because she was not being professional and he wanted to report her to corporate. She refused to give her name.
14. The Store Manager was very close to Plaintiff Michael Griffith when he turned around, her face was very close to him and the camera.
15. The Store Manager told Plaintiff Michael Griffith to leave and he left immediately.
16. As Plaintiff Michael Griffith walked outside, the Store Manager proceeded to be very close as she followed him outside. Plaintiff Michael Griffith felt threatened and stated that he will call over his wife Plaintiff Annika Griffith to speak with the Store Manager. Plaintiff Michael Griffith also stated that he will sue Dollar Tree because he keeps on getting harassed.
17. Plaintiff Annika Griffith walked over with the Plaintiffs' 1-year-old daughter and the cashier also came outside. The cashier and the Store Manager explained to Plaintiff Annika Griffith that there are cameras on the door and they cannot let anyone enter with a bookbag due to their district manager.
18. Plaintiff Annika Griffith explained that it is unfair that she is able to freely shop with her personal bag but her husband cannot do the same with his personal bag. Plaintiff Annika Griffith told the Dollar Tree employees that there needs to be a sign up, to which they responded that there used to be one.
19. The Store Manager changed her story and tried to deny stopping Plaintiff Michael Griffith from shopping with his bookbag. She asked why he cannot leave the bookbag in the car or leave it in the store.
20. Plaintiff Michael Griffith asked will the Store Manager be liable and if so to write it down. The Store Manager agreed to write it down.
21. The Store Manager became frustrated and yelled to Plaintiff Michael Griffith to go and shop with the bookbag.
22. While Plaintiff Michael Griffith made his way back to the store door, the Store Manager and Cashier said if he shops they will have to check his bag. Plaintiff Michael Griffith calmly agreed to this as long as they put it in writing.

23. The cashier then said she will get the items for Plaintiff Michael Griffith. The Store Manager told Plaintiff Michael Griffith that he has permission to go back in the store and she watched and followed him closely as he picked up several packs of sausages for his dogs.
24. The Plaintiffs made their way to the cash register and Plaintiff Michael Griffith placed his items at the till. Plaintiff Michael Griffith stated that he does not like being harassed and that the employees were being unprofessional and that he will sue them.
25. The Store Manager started to yell again and a different cashier told her to go in the room to calm down. Instead, the Store Manager walked very closely up to Plaintiff Michael Griffith with her fingers in his face and continued to yell. The Store Manager then walked very closely to Plaintiff Annika Griffith and made a highly disrespectful comment, stating "I don't know how you deal with that".
26. The Store Manager spitefully asked the Plaintiffs twice if their daughter can have a balloon after they denied it already. Plaintiff Michael Griffith told the Store Manager not to offer his daughter a balloon on two occasions because she was unprofessional and denied him service. Plaintiff Michael Griffith told the Store Manager to move away from Plaintiff Annika Griffith and their daughter.
27. The Store Manager then snatched the items the Plaintiffs intended to buy from the checkout lane in an abrupt and humiliating manner.
28. The Store Manager demanded the Plaintiffs leave the store; as the Plaintiffs were leaving, she once again walked very close to Plaintiff Annika Griffith's face and stated, referring to Plaintiff Michael Griffith who was already outside the store's automatic doors, "if you don't get him out of my store, he's going to get knocked out". Plaintiff Annika Griffith became very nervous, especially being heavily pregnant and holding her 1-year old daughter.
29. Plaintiffs were treated in a hostile, humiliating, and degrading manner in front of their young child and other customers. Their safety was put in jeopardy by the threat of physical violence, falsely calling the police and instigating to possibly get customers involved.
30. Plaintiff Michael Griffith has filed a police report for simple assault due to being grabbed by the Store Manager and has contacted the District Attorney to pursue criminal charges.

## IV. CAUSES OF ACTION

### Count 1: Assault

31. The store manager made intentional and offensive physical contact with Plainiff Michael Griffith without consent.
32. Defendant is liable under common law for physical assault by its employee.

### Count 2: Intentional Infliction of Emotional Distress

33. Defendant's Store Manager engaged in extreme conduct which was intentional and reckless, causing Plaintiffs severe emotional distress.

### Count 3: Harassment

34. Defendant, through its employees, subjected Plaintiffs to persistent verbal and physical harassment, including communicative threats of violence and repeated intimidation.

### Count 4: Discrimination in Public Accommodation

35. Defendant unlawfully discriminated against Plaintiff Michael Griffith in a place of public accommodation.
36. North Carolina recognizes the right to be free from arbitrary discrimination in places open to the public.
37. Defendant's Store Manager enforced the alleged "no bookbag" policy in a selective and prejudicial manner. Defendant's discriminatory actions deprived Plaintiff Michael Griffith of equal treatment and dignity under the law.

### Count 5: Negligent Supervision and Training

38. Defendant failed to adequately train or supervise its staff to handle customer interactions professionally and lawfully. This failure directly contributed to the events described.

## V. DAMAGES

39. Plaintiffs suffered humiliation, distress, disruption of peace, emotional pain, and reputational harm.
40. Plaintiff Michael Griffith suffered assault, discrimination and harassment.

## VI. PRAYER FOR RELIEF

41. Plaintiff respectfully requests judgment against Defendant for compensatory damages in an amount in excess of $25,000, punitive damages, costs of this action, and any other relief the Court deems just and proper.

---

Respectfully submitted this 5th day of August, 2025.

*/s/ Michael Griffith*     *Annika Griffith*

Michael Griffith and Annika Griffith, Pro Se
421 Willow Street
Gastonia, NC 28054
Annikagriffith8@gmail.com

Michael Griffith and Annika Griffith
421 Willow St
Gastonia, NC 28054
annikagriffith8@gmail.com

08/05/2025

To:
Dollar Tree, 2406 S York Rd, Gastonia, NC 28052;
Dollar Tree Inc., 500 Volvo Parkway, Chesapeake, VA 23320.

**Subject: Notice to Preserve Evidence**

Dear Sir or Madam,

I am writing to formally request the preservation of all evidence related to an incident that occurred on 07/10/2025 at Dollar Tree, 2406 S York Rd, Gastonia, NC 28052.

This request specifically includes, but is not limited to:

- **Surveillance/CCTV footage** from all cameras covering the entrance, checkout area, store interior, and employee areas for the date of 07/10/2025, especially around the time of 1:00pm.
- **Audio recordings**, if applicable.
- **Internal reports**, logs, or communications regarding the incident.
- **Employee schedules or assignments** for that date.

This request is made in anticipation of litigation and for the purpose of preserving relevant evidence. As you are likely aware, the destruction or alteration of relevant evidence after this notice of its necessity may constitute spoliation of evidence and could result in sanctions imposed by the court.

Please acknowledge receipt of this request in writing.

Sincerely,
Michael Griffith and Annika Griffith

*/s/ Michael Griffith*
*/s/ Annika Griffith*

MICHAEL AND ANNIKA GRIFFITH
421 WILLOW ST
GASTONIA, NC 28054



CERTIFIED MAIL

9589 0710 5270 2086 7766 16

U.S. POSTAGE PAID
FCM LG ENV
GASTONIA, NC 28052
AUG 05, 2025
$11.60
S2324D502619-08

Retail
RDC 99
23320

RETURN RECEIPT REQUESTED

Legal

AUG 15 2025

DOLLAR TREE INC.
500 VOLVO PARKWAY
CHESAPEAKE, VA 23320